**No. 49181.**—Protest 999043–G of Max Landau & Co. (New York).

Opinion by Keefe, J. From the documentary evidence produced it was found that an error had been made in computing the weights and that 2,463 pounds more accurately represented the tare of the 50 tubs in question than 2,380 pounds and that, therefore, the net weight is 28,142 pounds rather than 28,225 pounds. The collector was therefore directed to reliquidate entry 703527 accordingly.